1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  VERNON D. CARROLL,                    1:08-cv-00564-AWI-WMW-(PC)
12          Plaintiff,                    ORDER TO SUBMIT APPLICATION
                                          TO PROCEED IN FORMA PAUPERIS
13          vs.                           **OR** PAY FILING FEE WITHIN 45 DAYS
14  ARNOLD SWARZENNEGGAR, et al.,
15          Defendants.
                                      /
16
17      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
18  1983. Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma
19  pauperis pursuant to 28 U.S.C. § 1915.
20      Accordingly, IT IS HEREBY ORDERED that:
21      Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
22  attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
23  the $350.00 filing fee for this action. **No requests for extension will be granted without a**
24  **showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall
25  submit a certified copy of his/her prison trust statement for the six month period immediately
26  preceding the filing of the complaint.
27  /////
28  /////

-1-

**Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   April 25, 2008                          /s/  William M. Wunderlich
                                                UNITED STATES MAGISTRATE JUDGE